**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GIOMAR TAFUR CISNEROS,<br>*Petitioner,*<br>v.<br>JASON BENZEL, *et al.*,<br>*Respondents.* | Hon. Christine P. O'Hearn, U.S.D.J.<br>Civil Action No. 1:26-cv-9322 (CPO) |

**JOINT STIPULATION AND ORDER OF TRANSFER OF VENUE**

WHEREAS, Petitioner Giomar Tafur Cisneros brought this habeas action under 28 U.S.C. § 2241 on July 24, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from the Court requiring, among other things, that he be released from custody; and

WHEREAS, Petitioner filed this habeas petition in the U.S. District Court for the District of New Jersey while he was located at the Moshannon Valley Processing Center in Clearfield County, Pennsylvania; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the Western District of Pennsylvania under 28 U.S.C. § 1631.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the Western District of Pennsylvania.

AMERICAN FRIENDS SERVICE COMMITTEE

*s/ Anna Alexandra Mintz*
ANNA ALEXANDRA MINTZ
Senior Staff Attorney
*Attorney for Petitioner*

Dated: July 28, 2026

ROBERT FRAZER
United States Attorney

*s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

Dated: July 28, 2026

**SO ORDERED.** Christine P. O'Hearn
Hon. Christine P. O'Hearn, U.S.D.J.

Date: July 30, 2026